JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY DAVIS, | ) | CASE NO. CV 12-6331-JFW (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| TERRY GONZALEZ, WARDEN, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:   December 10, 2012.

                                        _____
                                        JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd